1  HENRY E. FARBER (CA State Bar No. 110553)
   DAVIS WRIGHT TREMAINE LLP
2  1201 Third Avenue, Suite 2200
   Seattle, Washington 98101-3045
3  Telephone:    (206) 622-3150
   Facsimile:     (206) 757-7700
4
   KATHLEEN D. POOLE (CA State Bar No. 228815)
5  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
6  San Francisco, California 94111-6533
   Telephone:    (415) 276-6500
7  Facsimile:     (415) 276-6599
   kathleenpoole@dwt.com
8
   Attorneys for Defendants
9  MATHESON POSTAL SERVICES, INC.
   and MARCO BARRAGAN
10

E-filing

**FILED**

JAN - 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

11            IN THE UNITED STATES DISTRICT COURT          4 □ R

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                        OAKLAND DIVISION

14  JORGE ANGULO, an individual,          ) Case No. **C08-00146**
15                                        )
        Plaintiff,                        ) **DEFENDANTS' NOTICE OF**
16                                        ) **REMOVAL UNDER 28 U.S.C. §1441(b)**
        v.                                ) **(Federal Question Jurisdiction) and 28**
17                                        ) **U.S.C. §1441(c) (Supplemental**
    MATHESON POSTAL SERVICES, a California) **Jurisdiction);**
18  Corporation, MARCOS BARRAGAN, and     )
    DOES 1-25 inclusive,                  ) **DECLARATION OF KATHLEEN D.**
19                                        ) **POOLE IN SUPPORT THEREOF**
        Defendants.                       )
20                                        ) **(Certificate of Interested Entities filed**
                                          )  **concurrently herewith)**
21                                        )
                                          )
22                                        )
                                          )
23                                        )
                                          )
24                                        )
                                          )
25  _____)

26      **TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE**

27  **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION:**

28

DAVIS WRIGHT TREMAINE LLP

GO 44 SEC. N
NOTICE OF ASSIGNMENT
TO MAGISTRATE JUDGE SENT

**PLEASE TAKE NOTICE** that Defendants Matheson Postal Services, Inc. and Marco Barragan ("Defendants"), hereby remove the above-entitled action to this Court from the Superior Court of the State of California for the County of Alameda, pursuant to 28 U.S.C. sections 1441(b) and (c). The grounds for removal are as follows:

1. On or about March 29, 2007, Plaintiff Jorge Angulo ("Plaintiff") filed a Complaint in the Superior Court of the State of California for the County of Alameda, entitled Angulo v. Matheson Postal Services, et al, Case No RG 07318255, asserting the following claims: Violation of California Family Rights Act and Violation of Family Medical Leave Act. True and correct copies of Plaintiff's Summons and Complaint, as well as the Case Management Order and Substitution of Attorney served along with the Complaint, are attached to the Declaration of Kathleen D. Poole ("Poole Decl.") as Exhibit A.

2. On December 11, 2007, Plaintiff served the Complaint on Defendant Marco Barragan through personal service ("Summons"). A true and correct copy of the Summons is attached to the Poole Decl. as Exhibit B.

3. On December 10, 2007, Plaintiff mailed a copy of the Complaint and accompanying Notice and Acknowledgement of Receipt to Defendant Matheson Postal Services Inc. On December 28, 2007, Defendants' counsel Kathleen D. Poole completed the Notice and Acknowledgement of Receipt on behalf of Matheson Postal Services Inc., and sent it via mail and facsimile to Plaintiff's counsel ("Notice of Acknowledgement"). A true and correct copy of the Notice of Acknowledgement is attached to the Poole Decl. as Exhibit C.

4. On January 8, 2008, Defendants filed and served an Answer to the Amended Complaint ("Answer"). A true and correct copy of the Answer is attached to the Poole Decl. as Exhibit D.

5. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1331 and supplemental jurisdiction under 28 U.S.C. section 1367 and is one which may be removed to this Court, pursuant to 28 U.S.C. sections 1441(a)-(c).

6. Pursuant to 28 U.S.C. section 1331, this Court has original jurisdiction over claims asserted under the FMLA. 29 U.S.C. section 2617 explicitly states that actions under the Family

DAVIS WRIGHT TREMAINE LLP

1 and Medical Leave Act ("FMLA") may be "maintained" in federal court, and the Second Cause of

2 Action in Plaintiff's Complaint asserts a claim under the FMLA.

3    7.    Pursuant to 28 U.S.C. section 1367, this Court is also vested with the authority to

4 exercise supplemental jurisdiction over the remaining claim in Plaintiff's Complaint. Plaintiff's

5 state law claim forms "part of the same case or controversy under Article III of the United States

6 Constitution." Like Plaintiff's FMLA claims, Plaintiff's claim for breach of the state law

7 California Family Rights Act depends on Defendants' purported violation of leave laws.

8 Resolution of the facts underlying Plaintiff's FMLA claims would dispose of the Complaint in its

9 entirety. Accordingly, this Court has the authority to exercise supplemental jurisdiction over the

10 remainder of the Complaint, as Plaintiff's state law claim arises out of the same common nucleus

11 of operative facts as his FMLA claim.

12    8.    All Defendants in this Action join in this removal.

13    9.    Removal of this action is proper pursuant to 28 U.S.C. section 1441 (a)-(c), and this

14 Notice of Removal is timely filed under 28 U.S.C. section 1446(b) in that fewer than 30 days have

15 elapsed since a copy of the Summons and Complaint was first provided to any Defendant.

16    10.    In accordance with 28 U.S.C. section 1446(a), a true copy of all pleadings, process,

17 and orders served on Defendants in this action, including Defendant Matheson Postal Services,

18 Inc.'s acceptance of service, are attached to the Poole Decl. as Exhibits A-C, and the Answer on

19 file in this action is attached to the Poole Decl. as Exhibit D.

20    11.    Defendants have good and sufficient defenses to this Action and do not waive any

21 defenses, jurisdictional or otherwise, by the filing of this Notice.

22    12.    Venue lies in the United States District Court for the Northern District of

23 California, Oakland Division, pursuant to 28 U.S.C. sections 1391(b) and 1441(a), and Civil L.R.

24 3.2(d) because the state action was filed in this District and this is the judicial district in which the

25 action arose, and Plaintiff filed the Complaint in the Alameda County Superior Court.

26 //

27 //

28 //

DAVIS WRIGHT TREMAINE LLP

3

DEFENDANTS' NOTICE OF REMOVAL
SFO 401125v1 0050734-000018

1    13.    Pursuant to 28 U.S.C. section 1446(d), contemporaneous with the filing of this

2  Notice of Removal, Defendants will file with the State Court a Notice of Filing of Notice of

3  Removal with a copy of this Notice of Removal attached hereto. Furthermore, Defendants will

4  serve counsel for Plaintiff with a copy of both this Notice of Removal and the Notice of Filing of

5  Notice of Removal, and file this Notice to Plaintiff with the State Court.

7  DATED this 9th day of January 2008.

                                            DAVIS WRIGHT TREMAINE LLP
                                            Henry E. Farber
                                            Kathleen D. Poole

                                      By: _____

                                            Kathleen D. Poole
                                            Attorneys for Defendants
                                            MATHESON POSTAL SERVICES and
                                            MARCO BARRAGAN

DEFENDANTS' NOTICE OF REMOVAL
SFO 401125v1 0050734-000018

1    **DECLARATION OF KATHLEEN D. POOLE**

2    I, KATHLEEN D. POOLE, declare as follows:

3    1.    I am an attorney licensed to practice before all of the courts of this State, and I am

4    an associate with the law firm of Davis Wright Tremaine LLP, counsel for Defendants in this

5    action. I make this declaration based upon my own personal knowledge.

6    2.    Attached hereto as Exhibit A is a true and correct copy of Plaintiff's Summons and

7    Complaint, Case No. RG 07318255, filed in Alameda County Superior Court on or about March

8    29, 2007, and the Case Management Order and Substitution of Attorney served with Plaintiff's

9    Summons and Complaint.

10   3.    Attached hereto as Exhibit B is a true and correct copy of the Summons served on

11   Marco Barragan on December 11, 2007.

12   4.    Attached hereto as Exhibit C is a true and correct copy of the Notice of

13   Acknowledgement of Receipt I completed, faxed and mailed to Plaintiff's counsel on behalf of

14   Matheson Postal Services Inc. on December 28, 2007.

15   5.    Attached hereto as Exhibit D is a true and correct copy of the Answer filed by

16   Defendants on January 8, 2008.

17   I declare under penalty of perjury under the laws of the United States that the foregoing is

18   true and correct.

19   Executed this 9th day of January, 2008, at San Francisco, California.

20

21   Kathleen D. Poole

22

23

24

25

26

27

28

5

DAVIS WRIGHT TREMAINE LLP

**EXHIBIT  A**



*5563549*

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

NOTICE TO DEFENDANT:
(AVISO AL DEMANDADO):
Matheson Postal Services,   MARCOS BARRAGAN

YOU ARE BEING SUED BY PLAINTIFF:
(LO ESTÁ DEMANDANDO EL DEMANDANTE):
Jorge Angulo



FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED
AT AMEDA COUNTY

MAR 9 2007

CLERK OF THE SUPERIOR COURT

---

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>(El nombre y dirección de la corte es):<br>Alameda Superior Court ~~Berkeley Courthouse~~<br>~~2120 Martin Luther King Way~~<br>~~Berkeley CA 94704~~  RCD  1225 Fallon St.  Oakland, Ca 94612 | CASE NUMBER:<br>(Número del Caso):  RG07318255 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
Diane R. Stanton, Esq. (SBN 142196)
2000 Center Street, Suite 300  Berkeley 94704

| | | | |
|---|---|---|---|
| DATE: MAR 2 9 2007<br>(Fecha) PAT S. SWEETEN | Clerk, by<br>(Secretario) | | , Deputy<br>(Adjunto) |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

NOTICE TO THE PERSON SERVED: You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☑ on behalf of (specify): Matheson Postal Services

under: ☑ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)     ☐ CCP 416.90 (authorized person)
☐ other (specify):
4. ☐ by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 405
American LegalNet, Inc.  www.USCourtForms.com

1 | Diane R. Stanton, Calif. Bar # 142196
Law Office of Diane R. Stanton
2 | 2000 Center Street, Suite 300
Berkeley CA 9470
3 | Telephone: (510) 981-1447
Fax: (510) 845-3016
4
Attorney for Plaintiff
5

**FILED**
**ALAMEDA COUNTY**

**MAR 2 9 2007**

CLERK OF THE SUPERIOR COURT

6

7 | SUPERIOR COURT, STATE OF CALIFORNIA

8 | COUNTY OF ALAMEDA

9 | UNLIMITED CIVIL JURISDICTION

10

11

12 | JORGE ANGULO,                          ) No. BG07318255
                                         )
13 |           Plaintiff,                  ) **COMPLAINT FOR DAMAGES**
                                         )
14 |      vs.                             ) 1. Violation of California Family
                                         )    Rights Act
15 | MATHESON POSTAL SERVICES, a          ) 2. Violation of Family Medical
     California Corporation, MARCOS       )    Leave Act
16 | BARRAGAN and DOES 1-25, inclusive,   )
                                         )
17 |           Defendants.                ) **JURY TRIAL REQUESTED**
                                         )
18 | _____)

19

20 |      Plaintiff alleges as follows:

21 |                     **BACKGROUND FACTS**

22 |      1. At all times relevant to this complaint, Plaintiff was a resident of San

23 | Pablo, California.

24 |      2. Plaintiff is informed and believes and based thereon alleges that Defendant

25 | MATHESON POSTAL SERVICES ("MATHESON") was at the time of the incidents and

26 | events alleged herein a California corporation. Plaintiff was and is employed at

27 | MATHESON in Oakland, California, in the County of Alameda, and the Defendants

28 | statutory breaches and liability alleged herein occurred there.

No.          Complaint (ANGULO v. MATHESON)

1    3. Plaintiff is informed and believes and based thereon alleges that Marcos

2    Barragan acted in a supervisory capacity toward Plaintiff and was directly involved in

3    decisions regarding the terms and conditions of Plaintiff's employment, and that

4    BARRAGAN was and is at all times relevant to this Complaint a resident of the County of

5    Alameda, California.

6        4. Plaintiff is informed and believes and based thereon alleges that at all

7    times material herein defendants, and each of them, were the agents, servants, employees,

8    and representatives of each other and in doing, or failing to do, the things alleged herein each

9    said defendant was acting within the course and scope of his agency and/or employment with

10   the other defendants.

11       5. The true names and capacities of defendants DOES 1 through 25 are

12   unknown to plaintiffs. Plaintiffs are informed and believes and based thereon alleges that

13   those defendants are in some way responsible for and obligated by the events referred to in

14   this complaint. Plaintiffs will amend this complaint to allege the correct names and

15   capacities of those defendants when they are ascertained.

16                          FIRST CAUSE OF ACTION
                    (For Violation of the California Family Rights Act)

17

18       6. Plaintiff refers to and incorporate by reference paragraphs 1 through 5 as

     if fully alleged herein.
19

20       7. At all times relevant hereto, Plaintiff was an eligible employee of

21   MATHESON within the meaning thereof under the California Family Rights Act ("CFRA").

22   Within the time required by law, Plaintiff filed a complaint for CFRA violations with the

23   California Department of Fair Employment and Housing. He recevied a right-to-sue letter

     therefrom in December, 2006.
24

25       8. Defendant MATHESON was at all relevant times an employer under the

26   CFRA by virtue of its employment of fifty or more employees. Defendant Barragan is also

27   included within the category of employer under that Act due to the fact he was a person who

     acted directly or indirectly in the interest of MATHESON toward any one or more of
28

     No.        Complaint (ANGULO v. MATHESON)                              - 2 -

1  MATHESON's employees.

2         9.  In or around September, 2005, Plaintiff notified his employer of the need
3  for a qualified leave to care for a spouse suffering from a serious health condition.  Plaintiff
4  was placed on leave commencing September 30, 2005.  Plaintiff was absent from work from
5  September 30 until November 28, 2005.

6         10.  Despite the protections of the CFRA afforded to the leave taken by
7  Plaintff, Defendants interfered with those protections, discriminated against and /or
8  retaliated against Plaintiff for his exercise of rights under the statute when Plaintiff sought to
9  return to work on or about November 28, 2005.  Specifically, Defendants failed and/refused
10  to re-instate Plaintiff to the same or equivalent position with equivalent pay, benefits and
11  other terms and conditions of employment upon his return to work, instead placing him into
12  a position with less compensation.

13         11.  As a proximate result of the Defendants' violations of the CFRA,
14  Plaintiff has been damaged in that Plaintiff has sustained substantial losses in earnings and
15  other employment benefits.

16         12.  As a proximate result of the Defendants' violations of the CFRA,
17  Plaintiff has suffered and continues to suffer humiliation, emotional distress, and mental
18  pain and anguish, all to his damage in a sum according to proof.

19         13.  In doing the acts alleged in the Complaint, Defendants, and each of them,
20  acted with oppression, fraud and/or malice as defined in Civil Code section 3294, in
21  conscious disregard of Plaintiff's rights, so as to justify an award of exemplary and punitive
22  damages in sums sufficient to punish defendants and set them and their conduct out as an
23  egregious example.

24         14.  As a proximate result of the Defendants' violations of the CFRA,
25  Plaintiff has incurred and continues to incur legal expenses and attorney's fees.  Plaintiff will
26  seek leave of court to set forth the precise amounts thereof when those amounts can be
27  ascertained.

28

No.       Complaint (ANGULO v. MATHESON)                                    - 3 -

## SECOND CAUSE OF ACTION
(For Violation of the Family Medical Leave Act)

15. Plaintiff refers to and incorporate by reference paragraphs 1 through 14 as if fully alleged herein.

16. At all times relevant hereto, Plaintiff was an eligible employee of MATHESON within the meaning thereof under the Family Medical Leave Act ("FMLA").

17 Defendant MATHESON was at all relevant times an employer under the FMLA by virtue of its employment of fifty or more employees. Defendant Barragan is also included within the category of employer under that Act due to the fact he was a person who acted directly or indirectly in the interest of MATHESON toward any one or more of MATHESON's employees.

18. In or around September, 2005, Plaintiff notified his employer of the need for a qualified leave to care for a spouse suffering from a serious health condition. Plaintiff was placed on leave commencing September 30, 2005. Plaintiff was absent from work from September 30 until November 28, 2005.

19. Despite the protections of the FMLA afforded to the leave taken by Plaintiff, Defendants interfered with those protections, discriminated against and /or retaliated against Plaintiff for his exercise of rights under the statute when Plaintiff sought to return to work on or about November 28, 2005. Specifically, Defendants failed and/refused to re-instate Plaintiff to the same or equivalent position with equivalent pay, benefits and other terms and conditions of employment upon his return to work, instead placing him into a position with less compensation.

20. As a proximate result of the Defendants' violations of the FMLA, Plaintiff has been damaged in that Plaintiff has sustained substantial losses in earnings and other employment benefits.

21. As a proximate result of the Defendants' violations of the FMLA, Plaintiff has suffered and continues to suffer humiliation, emotional distress, and mental pain and anguish, all to his damage in a sum according to proof.

No.       Complaint (ANGULO v. MATHESON)                    - 4 -

1        22. In doing the acts alleged in the Complaint, Defendants, and each of them,

2  acted with oppression, fraud and/or malice as defined in Civil Code section 3294, in

3  conscious disregard of Plaintiff's rights, so as to justify an award of exemplary and punitive

4  damages in sums sufficient to punish defendants and set them and their conduct out as an

5  egregious example.

6        23. As a proximate result of the Defendants' violations of the FMLA,

7  Plaintiff has incurred and continues to incur legal expenses and attorney's fees. Plaintiff will

8  seek leave of court to set forth the precise amounts thereof when those amounts can be

9  ascertained.

10

11        WHEREFORE, Plaintiff prays for judgment and relief against defendants,

12  and each of them, as follows:

13      (a)    For compensatory damages according to proof;

14      (b)    For prejudgment interest;

15      (c)    For exemplary and punitive damages;

16      (d)    For reasonable attorney's fees;

17      (e)    For costs of suit herein incurred; and

18      (f)    For such other and further relief as the court may deem just and proper in the

19  circumstances, including an order requiring reinstatement to 48 hour work week.

20

21                    DEMAND FOR JURY TRIAL

22        Plaintiffs hereby requests and demands a jury trial.

23

24    Dated: March 26, 2007

25                        By:_____

                               Diane R. Stanton

26                               Attorney for Plaintiff

27

28

No.      Complaint (ANGULO v. MATHESON)            - 5 -

**MC–050**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Jorge Angulo<br>1153 Rumrill Blvd.<br>San Pablo, CA 94806<br><br>TELEPHONE NO.:          FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* | **ENDORSED**<br>**FILED**<br>**ALAMEDA COUNTY**<br><br>NOV 2 ° 2007<br><br>**CLERK OF THE SUPERIOR COURT**<br>By  **E. BAKER**<br>                              Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Alameda
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA  94612
BRANCH NAME:

CASE NAME:
Jorge Angulo v. Matheson Postal Services, et al.

| **SUBSTITUTION OF ATTORNEY—CIVIL**<br>**(Without Court Order)** | CASE NUMBER:<br>*RG07- 318255* |
|---|---|

THE COURT AND ALL PARTIES ARE NOTIFIED THAT *(name):*                              makes the following substitution:

1. Former legal representative  [✓] Party represented self   [ ] Attorney *(name):*
2. New legal representative     [ ] Party is representing self*  [✓] Attorney
   a. Name: John Schilt
   b. State Bar No. *(if applicable):* 221186
   c. Address *(number, street, city, ZIP, and law firm name, if applicable):*
      145 Park Place, Suite A
      Point Richmond, CA 94801
   d. Telephone No. *(include area code):*
3. The party making this substitution is a  [✓] plaintiff  [ ] defendant  [ ] petitioner  [ ] respondent  [ ] other *(specify):*

---

**\*NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

| • Guardian | • Personal Representative | • Guardian ad litem |
|---|---|---|
| • Conservator | • Probate fiduciary | • Unincorporated |
| • Trustee | • Corporation | association |

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**
A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.
   Date:  11/15/07
   Jorge Angulo
   _____
   (TYPE OR PRINT NAME)                                 ▶ *Jorge abel angulo G*
                                                          (SIGNATURE OF PARTY)

5. [ ]  I consent to this substitution.
   Date:
   _____
   (TYPE OR PRINT NAME)                                 ▶
                                                          (SIGNATURE OF FORMER ATTORNEY)

6. [✓]  I consent to this substitution.
   Date:  11/14/07
   John Schilt
   _____
   (TYPE OR PRINT NAME)                                 ▶ *John W. Schilt*
                                                          (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)                                          Page 1 of 2

Form Adopted For Mandatory Use
Judicial Council of California
MC-050 [Rev. January 1, 2007]

**SUBSTITUTION OF ATTORNEY—CIVIL**
**(Without Court Order)**

American LegalNet, Inc.
www.FormsWorkflow.com

Code of Civil Procedure, §§ 284(1), 285;
Cal. Rules of Court, rule 3.1362
www.courtinfo.ca.gov

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Christopher Arras, 169854<br>Tenax Law Group, LLP<br>145 Park Place, Suite A<br>Point Richmond, CA 94801 | |

TELEPHONE NO: 510-234-2808    FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiff JORGE ANGULO

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME:

PLAINTIFF/PETITIONER: Jorge Angulo

DEFENDANT/RESPONDENT: Matheson Postal Services; Marcos Barragan

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>BG-07-318255 |
|---|---|

TO (insert name of party being served): __Matheson Postal Services__

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: December 10, 2007

John Schilt, Esq.
(TYPE OR PRINT NAME)

▶ _(signature)_
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of (to be completed by sender before mailing):
1. ☑ A copy of the summons and of the complaint.
2. ☑ Other (specify):

    Substitution of Attorney; Case Management Order (dated 11-26-2007)

(To be completed by recipient):

Date this form is signed:

▶
_____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

_____
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov
American LegalNet, Inc.
www.USCourtForms.com

Schilt, John
145 Park Place
Suite A
Point Richmond, CA   94801-____

## Superior Court of California, County of Alameda
## George E. McDonald Hall of Justice

| | |
|---|---|
| Angulo<br><br>Plaintiff/Petitioner(s)<br><br>vs.<br><br>Matheson Postal Services, a California Corporation<br><br>Defendant/Respondent(s)<br>(Abbreviated Title) | No. RG07318255<br><br>Case Management Order<br><br>Complaint - Other Employment |

ORDER re: CASE MANAGEMENT

& ORDER TO SHOW CAUSE

The Court has ordered the following after review of the case, without a conference.

FURTHER CASE MANAGEMENT CONFERENCE/ORDER TO SHOW CAUSE HEARING

A further Case Management Conference/Order to Show Cause Hearing is scheduled for 01/10/2008 at 09:00 AM in Dept. 301.

Updated Case Management Statements in compliance with CRC § 3.725 and Alameda County Local Rules, Chapter 4, on Judicial Council Form CM-110, must be filed no later than 12/26/2007. If the foregoing date is a court holiday or a weekend, the time is extended to the next business day.

All unserved parties must be served with summons/complaint/cross-complaint, a copy of this order, and proof of service filed with the court.

Plaintiff failed to serve defendants with the complaint within 60 days of the filing of the complaint as required by Rule 3 110(b), California Rules of Court (CRC). Pursuant to CRC 3.110(e), the Court, on its own motion, grants plaintiff an extension of time until 12/26/2007 to serve the summons and complaint on the named defendants. If plaintiff has not completed service by said date, plaintiff shall set forth in the next Case Management Statement the reasons why service has not been completed and recite all efforts that have been made to locate defendants.

OTHER ORDERS

On 10/05/2007, the Court issued an order setting this matter for a further Case Management Conference on 11/26/2007 at 09:00 AM in Dept. 301 and directing plaintiff to file an updated Case Management Statement in compliance with CRC 3.725 by no later than 11/11/2007. Plaintiff failed to file a Case Management Statement prior to the conference and failed to appear in court for the conference on 11/26/2007. Consequently, plaintiff is ordered to appear on 01/10/2008 at 09:00 AM in Dept. 301 to show cause why monetary sanctions should not be imposed pursuant to CCP section 177.5 and/or CRC 2.30.

Counsel and self-represented parties are responsible for knowing and complying with the Court's local

rules, which are available on its website at www.alameda.courts.ca.gov, and the California Rules of Court, which are available at www.courtinfo.ca.gov.

NOTICES

Clerk is directed to serve endorsed-filed copies of this order, with proof of service, to counsel and to self-represented parties of record by mail.

Any delay in the trial, caused by non-compliance with any order contained herein, shall be the subject of sanctions pursuant to CCP 177.5.

Dated: 11/26/2007

_Ronni MacLaren_

Judge Ronni MacLaren

Order

Superior Court of California, County of Alameda
George E. McDonald Hall of Justice

Case Number: RG07318255
Case Management Conference Order of 11/26/2007

## DECLARATION OF SERVICE BY MAIL

I certify that I am not a party to this cause and that a true and correct copy of the foregoing document was mailed first class, postage prepaid, in a sealed envelope, addressed as shown on the foregoing document or on the attached, and that the mailing of the foregoing and execution of this certificate occurred at 2233 Shoreline Drive, Alameda, California.

Executed on 11/26/2007.

Executive Officer / Clerk of the Superior Court

By _____

Deputy Clerk

**EXHIBIT  B**



SUM-100

## SUMMONS
### *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Matheson Postal Services, Marcos Barragan

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Jorge Angulo

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

FILED
ALAMEDA COUNTY

MAR ~ 9 2007

CLERK OF THE SUPERIOR COURT

Deputy

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* | CASE NUMBER: *(Número del Caso):* RG07018255 |
|---|---|

Alameda Superior Court ~~Berkeley Courthouse~~ RCD
~~2120 Martin Luther King Way~~
~~Berkeley CA 94704~~
1225 Fallon St.
Oakland, Ca 94612

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Diane R. Stanton, Esq. (SBN 142196)
2000 Center Street, Suite 300 Berkeley 94704

| DATE: MAR 2 9 2007 *(Fecha)* PAT S. SWEETEN | Clerk, by *(Secretario)* | , Deputy *(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served    ← Marcos Barragan
1. [X] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [X] on behalf of *(specify):* ~~Matheson Postal Services~~

under: [X] CCP 416.10 (corporation)     [ ] CCP 416.60 (minor)
[ ] CCP 416.20 (defunct corporation)     [ ] CCP 416.70 (conservatee)
[ ] CCP 416.40 (association or partnership)     [ ] CCP 416.90 (authorized person)
[ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc.
www.USCourtForms.com

**EXHIBIT C**

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Christopher Arras, 169854<br>Tenax Law Group, LLP<br>145 Park Place, Suite A<br>Point Richmond, CA 94801<br><br>TELEPHONE NO.: 510-234-2808   FAX NO. (Optional)<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff JORGE ANGULO | FOR COURT USE ONLY |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME

PLAINTIFF/PETITIONER: Jorge Angulo

DEFENDANT/RESPONDENT: Matheson Postal Services; Marcos Barragan

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER.<br>BG-07-318255 |
|---|---|

TO (insert name of party being served): Matheson Postal Services

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: December 10, 2007

John Schilt, Esq.
(TYPE OR PRINT NAME)                          ▶ _____
                                              (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of (to be completed by sender before mailing):
1. ☑ A copy of the summons and of the complaint.
2. ☑ Other (specify):

Substitution of Attorney; Case Management Order (dated 11-26-2007)

(To be completed by recipient):

Date this form is signed: December 28, 2007

Kathleen Poole, Outside Counsel for Matheson Postal Services          Kathleen Poole, Davis Wright Tremaine LLP Outside Counsel for Matheson Postal Services
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,          (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)          ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]          NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL          Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov
American LegalNet, Inc.
www.USCourtForms.com

# Davis Wright Tremaine LLP



ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

| | | |
|---|---|---|
| KATHLEEN POOLE | SUITE 800 | TEL (415) 276-6500 |
| DIRECT (415) 276-6505 | 505 MONTGOMERY STREET | FAX (415) 276-6599 |
| kathleenpoole@dwt.com | SAN FRANCISCO, CA 94111-6533 | www.dwt.com |

50734-18

## FACSIMILE TRANSMITTAL

Date: December 28, 2007

**SEND TO:**

| **NAME** | **FIRM/COMPANY/CONFIRMATION NO.** | **FAX NUMBER** |
|---|---|---|
| **John Schilt** | **Tenax Law Group** | **(510) 234-6009** |
| **Christopher Arras** | **Tel: (510) 234-2808** | |

**FROM:**

Kathleen Poole          Telephone:  (415) 276-6505      Fax:  (415) 276-6599

**NUMBER OF PAGES (including cover page):** _____ 2

**COMMENTS:**

THE WRITTEN MESSAGE TRANSMITTED HEREBY IS FOR THE EXCLUSIVE USE OF THE ADDRESSEE AND CONTAINS CONFIDENTIAL, PRIVILEGED AND NONDISCLOSABLE INFORMATION. IF THE RECIPIENT OF THIS MESSAGE IS NOT THE ADDRESSEE, OR A PERSON RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE ADDRESSEE, SUCH RECIPIENT IS PROHIBITED FROM READING OR USING THIS MESSAGE IN ANY WAY.  IF YOU HAVE RECEIVED THIS MESSAGE BY MISTAKE, PLEASE NOTIFY THE SENDER IMMEDIATELY AND DESTROY THE FACSIMILE MESSAGE.

**IF YOU DO NOT RECEIVE ALL PAGES OF THIS TRANSMISSION, PLEASE CALL (415) 276-6500 AS SOON AS POSSIBLE**

# Confirmation Report — Memory Send

```
Page      : 001
Date & Time: Dec-28-07  02:59pm
Line 1    : +4152766599
Line 2    : +4152766599
Machine ID : Davis Wright Tremaine
```

| | | |
|---|---|---|
| Job number | : | 303 |
| Date | : | Dec-28 02:58pm |
| To | : ☎915102346009 |
| Number of pages | : | 002 |
| Start time | : | Dec-28 02:58pm |
| End time | : | Dec-28 02:59pm |
| Pages sent | : | 002 |
| Status | : | OK |

Job number    : 303        *** SEND SUCCESSFUL ***

**Davis Wright Tremaine LLP**

ANCHORAGE  BELLEVUE  LOS ANGELES  NEW YORK  PORTLAND  SAN FRANCISCO  SEATTLE  SHANGHAI  WASHINGTON, D.C.

KATHLEEN POOLE                    SUITE 800                    TEL (415) 276-6500
DIRECT (415) 276-6503             505 MONTGOMERY STREET        FAX (415) 276-6599
kathleenpoole@dwt.com             SAN FRANCISCO, CA  94111-6533  www.dwt.com

**50734-18**

**FACSIMILE TRANSMITTAL**

**Date: December 28, 2007**

| **SEND TO:** | | |
|---|---|---|
| **NAME** | **FIRM/COMPANY/CONFIRMATION NO.** | **FAX NUMBER** |
| John Schilt | Tenax Law Group | (510) 234-6009 |
| Christopher Arras | Tel: (510) 234-2808 | |

**FROM:**
Kathleen Poole        Telephone: (415) 276-6505      Fax: (415) 276-6599

**NUMBER OF PAGES (including cover page):** ____2____

**COMMENTS:**

THE WRITTEN MESSAGE TRANSMITTED HEREBY IS FOR THE EXCLUSIVE USE OF THE ADDRESSEE AND CONTAINS CONFIDENTIAL, PRIVILEGED AND NONDISCLOSABLE INFORMATION. IF THE RECIPIENT OF THIS MESSAGE IS NOT THE ADDRESSEE, OR A PERSON RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE ADDRESSEE, SUCH RECIPIENT IS PROHIBITED FROM READING OR USING THIS MESSAGE IN ANY WAY.  IF YOU HAVE RECEIVED THIS MESSAGE BY MISTAKE, PLEASE NOTIFY THE SENDER IMMEDIATELY AND DESTROY THE FACSIMILE MESSAGE.

**IF YOU DO NOT RECEIVE ALL PAGES OF THIS TRANSMISSION,
PLEASE CALL (415) 276-6500 AS SOON AS POSSIBLE**

SFO 400847v1 0050734-000018

**EXHIBIT  D**

1   HENRY E. FARBER (CA State Bar No. 110553)
    KATHLEEN D. POOLE (CA State Bar No. 228815)
2   DAVIS WRIGHT TREMAINE LLP
    505 Montgomery Street, Suite 800
3   San Francisco, California 94111-6533
    Telephone:    (415) 276-6500
4   Facsimile:    (415) 276-6599

5   Attorneys for Defendants
    MATHESON POSTAL SERVICES INC
6   and MARCO BARRAGAN

7

ENDORSED
FILED
ALAMEDA COUNTY

JAN   8 2008

CLERK OF THE SUPERIOR COURT
By Carolyn Lemos, Deputy

8              IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                         FOR THE COUNTY OF ALAMEDA

10

    JORGE ANGULO, an individual,                    )    Case No. RG 07318255
11                                                  )
                 Plaintiff,                         )    **ANSWER OF DEFENDANTS MATHESON**
12                                                  )    **POSTAL SERVICES INC. AND MARCO**
         v.                                         )    **BARRAGAN TO PLAINTIFF JORGE**
13                                                  )    **ANGULO'S COMPLAINT**
    MATHESON POSTAL SERVICES, a California )
14  Corporation, MARCOS BARRAGAN, and              )
    DOES 1-25 inclusive,                            )
15                                                  )
                 Defendants.                        )
16                                                  )
         .                                          )
17                                                  )

18

19        Defendants Matheson Postal Services Inc. and Marco Barragan ("Defendants") hereby

20  answer and respond to the Complaint of Plaintiff JORGE ANGULO ("Plaintiff") as follows:

21                                  **GENERAL DENIAL**

22        1.      Under the provisions of Section 431.30 of the California Code of Civil Procedure,

23  Defendants deny each and every allegation against them in the Complaint, and further deny that

24  Plaintiff is entitled to any legal or equitable relief against Defendants on any ground whatsoever

25  and deny that Plaintiff is entitled to damages against Defendants in any amount or at all.

26                        **SEPARATE AND ADDITIONAL DEFENSES**

27        2.      Without admitting any of the allegations in the Complaint, Defendants assert and

28  allege the following separate and additional defenses. By alleging these separate and additional

                                               1

DAVIS WRIGHT TREMAINE LLP

1  defenses, Defendants are not in any way agreeing or conceding that they have the burdens of proof

2  or persuasion on any of these issues. Defendants reserve the right to add to, amend, or otherwise

3  modify their separate and additional defenses as they deem appropriate based on information

4  obtained during the course of the litigation.

5  FIRST SEPARATE AND ADDITIONAL DEFENSE

6  (Failure to State Cause of Action)

7  3.    The Complaint, and each Cause of Action therein, fails to state facts sufficient to

8  constitute a claim against Defendants.

9  SECOND SEPARATE AND ADDITIONAL DEFENSE

10  (Managerial Discretion/Good Faith)

11  4.    One or more Causes of Action are barred because all of Defendants' conduct with

12  regard to Plaintiff's employment was just and the proper exercise of management discretion,

13  undertaken for a fair and honest reason without discriminatory intent or impact, and undertaken

14  pursuant to reasonable business justifications regulated by good faith under the circumstances then

15  existing and known to Defendants.

16  THIRD SEPARATE AND ADDITIONAL DEFENSE

17  (Mitigation)

18  5.    Plaintiff has had and continues to have the ability to mitigate his alleged damages,

19  if any, and, upon information and belief, he has failed and/or refused to mitigate such alleged

20  damages.

21  FOURTH SEPARATE AND ADDITIONAL DEFENSE

22  (Equitable Defenses)

23  6.    One or more Causes of Action are barred by the doctrines of laches, estoppel,

24  waiver, and unclean hands.

25  FIFTH SEPARATE AND ADDITIONAL DEFENSE

26  (Ratification)

27  7.    Plaintiff, through his conduct, approved, authorized, and/or ratified Defendants'

28  conduct alleged in the Complaint.

DAVIS WRIGHT TREMAINE LLP

2

1

<u>SIXTH SEPARATE AND ADDITIONAL DEFENSE</u>

2

(Com)

3    8.    Plaintiff's Complaint is barred, because the accommodation he requested upon

4    return from leave was no longer available.

5

<u>SEVENTH SEPARATE AND ADDITIONAL DEFENSE</u>

6

(No Damage)

7    9.    Plaintiff has failed to state a claim for any damages, including general, special,

8    actual, exemplary, liquidated, compensatory and/or nominal damages.

9

<u>EIGHTH SEPARATE AND ADDITIONAL DEFENSE</u>

10

(No Punitive Damages)

11    10.    Plaintiff has failed to state a claim for punitive damages.

12

<u>NINTH SEPARATE AND ADDITIONAL DEFENSE</u>

13

(Punitive Damages Excessive)

14    11.    To the extent that the Complaint seeks punitive damages, it violates Defendants'

15    right to protection from "excessive fines" under Article 1, Section 17 of the California

16    Constitution, and it violates Defendants' right to substantive due process as provided in the Fifth

17    and Fourteenth Amendments to the United States Constitution and Article 1, Section 7 of the

18    California Constitution.

19

<u>TENTH SEPARATE AND ADDITIONAL DEFENSE</u>

20

(No Emotional Distress)

21    12.    All or part of Plaintiff's Causes of Action are barred because Defendants' conduct

22    was neither extreme nor outrageous and did not cause Plaintiff emotional distress, and/or because

23    any severe emotional distress suffered by Plaintiff resulted from Plaintiff's peculiar susceptibility

24    to emotional distress, about which Defendants had inadequate knowledge.

25

<u>ELEVENTH SEPARATE AND ADDITIONAL DEFENSE</u>

26

(No Attorney's Fees for Plaintiff)

27    13.    Plaintiff fails to state a Cause of Action for attorney's fees.

28

DAVIS WRIGHT TREMAINE LLP

3

ANSWER TO COMPLAINT
Case RG 07318255 SFO 401044v1 0050734-000018

1

## THIRTEENTH SEPARATE AND ADDITIONAL DEFENSE

2

(Employment in Equivalent or Comparable Position)

3      14.    Plaintiff's first and second causes of action are barred, in whole or in part,

4   because the position to which he was assigned upon his return from leave of absence was

5   comparable and equivalent to his previous position.

6

## FOURTEENTH SEPARATE AND ADDITIONAL DEFENSE

7

(Exhaustion of Administrative Remedies)

8      15.    One or more Causes of Action are barred by Plaintiff's failure to exhaust

9   administrative remedies under the California Fair Employment and Housing Act, Government

10   Code Section 12900 *et seq.*

11

## FIFTEENTH SEPARATE AND ADDITIONAL DEFENSE

12

(Lack of Particularity)

13      16.    Plaintiff has failed to set out his claims with sufficient particularity to permit

14   Defendants to raise all appropriate defenses, and Defendants reserve the right to add further

15   defenses as the bases for Plaintiff's purported claims become known.

16

## SIXTEENTH SEPARATE AND ADDITIONAL DEFENSE

17

(No Individual Liability)

18      17.    Defendant Marco Barragan is not liable as an individual under either of Plaintiff's

19   causes of action.

20

## SEVENTEENTH SEPARATE AND ADDITIONAL DEFENSE

21

(Inadequate Notice)

22      18.    Plaintiff's first and second causes of action are barred, in whole or in part,

23   because Plaintiff failed to provide Defendants sufficient notice that he was returning from leave.

24

## **PRAYER**

25   WHEREFORE, Defendants MATHESON POSTAL SERVICES and MARCO

26   BARRAGAN pray:

27      1.    That Plaintiff take nothing by way of his Complaint;

28      2.    That Defendants be awarded judgment in their favor and against Plaintiff;

4

DAVIS WRIGHT TREMAINE LLP

1    3.    That Defendants be awarded their costs of suit incurred herein and reasonable

2  attorneys' fees; and

3    4.    That Defendants be awarded such other relief as the Court may deem just and

4  proper.

5    Dated this 8th day of January, 2008.

6                                    Respectfully submitted,

7                                    DAVIS WRIGHT TREMAINE LLP
                                     Henry E. Farber
8                                    Kathleen D. Poole

9

10                                   By:  _____

11                                        Kathleen D. Poole
                                          Attorneys for Defendants
12                                        MATHESON POSTAL SERVICES and
                                          MARCO BARRAGAN

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          5

DAVIS WRIGHT TREMAINE LLP

# Proof of Service

I, Dann R. Rhone, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111-6533.

I caused to be served the following document:

**ANSWER OF DEFENDANTS MATHESON POSTAL SERVICES, INC. AND MARCO BARRAGAN TO PLAINTIFF JORGE ANGULO'S COMPLAINT**

I caused the above document to be served on each person on the attached list by the following means:

☑ **I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on January 8, 2008, following the ordinary business practice.**
*(Indicated on the attached address list by an* **[M]** *next to the address.)*

☐ I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on January 8, 2008, for guaranteed delivery on April 9, 2004, following the ordinary business practice.
*(Indicated on the attached address list by an* [FD] *next to the address.)*

☐ I consigned a true and correct copy of said document for facsimile transmission on

_____.
*(Indicated on the attached address list by an* [F] *next to the address.)*

☐ I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery by messenger on April 7, 2004.
*(Indicated on the attached address list by an* [H] *next to the address.)*

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on January 8, 2008, at San Francisco, California.

Dann R. Rhone

SFO 401152v1 0050734-000018

1

# Service List

2

| Key: | [M] **Delivery by Mail** | [FD] | Delivery by Federal Express | [H] Delivery by Hand |
| --- | --- | --- | --- | --- |
| | [F]  Delivery by Facsimile | [FM] | Delivery by Facsimile and Mail | |

3

4                                                    Attorneys for

5    **[M]**      John W. Schilt                        Plaintiff
              Christopher Arras
6             Tenax Law Group LLP
              145 Park Place
7             Suite A
              Point Richmond, CA  94801
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SFO 401152v1 0050734-000018

# **Proof of Service**

1

2    I, Dann R. Rhone, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

3

4    I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee

5    of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111-6533.

6
        I caused to be served the following document:

7

8    **DEFENDANTS' NOTICE OF REMOVAL UNDER 28 U.S.C. §1441(b) (Federal Question Jurisdiction) and 28 U.S.C. §1441(c) (Supplemental Jurisdiction); DECLARATION OF KATHLEEN D. POOLE IN SUPPORT THEREOF**

9

10    I caused the above document to be served on each person on the attached list by the following means:

11    ☑    **I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on January 9, 2008, following**

12    **the ordinary business practice.**
        *(Indicated on the attached address list by an* **[M]** *next to the address.)*

13

14    ☐    I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on January 9, 2008, for guaranteed delivery on April 9, 2004, following the ordinary business practice.

15    *(Indicated on the attached address list by an* [FD] *next to the address.)*

16    ☐    I consigned a true and correct copy of said document for facsimile transmission on

17    _____.
        *(Indicated on the attached address list by an* [F] *next to the address.)*

18    ☐    I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery by messenger on April 7, 2004.

19    *(Indicated on the attached address list by an* [H] *next to the address.)*

20    I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be

21    deposited for collection in the above-described manner this same day in the ordinary course of business.

22
        Executed on January 9, 2008, at San Francisco, California.

23

24

25                                                                    Dann R. Rhone

26

27

28

SFO 401152v2 0050734-000018

1

# Service List

2

| Key: | [M] **Delivery by Mail** | [FD] | Delivery by Federal Express | [H] Delivery by Hand |
|---|---|---|---|---|
3 | | [F]   Delivery by Facsimile | [FM] | Delivery by Facsimile and Mail | |

4                                                           Attorneys for

5   **[M]**     John W. Schilt                              Plaintiff
                Christopher Arras
6               Tenax Law Group LLP
                145 Park Place
7               Suite A
                Point Richmond, CA  94801
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28