1  HENRY E. FARBER (CA State Bar No. 110553)
   DAVIS WRIGHT TREMAINE LLP
2  1201 Third Avenue, Suite 2200
   Seattle, Washington 98101-3045
3  Telephone:    (206) 622-3150
   Facsimile:    (206) 757-7700
4
5  KATHLEEN D. POOLE (CA State Bar No. 228815)
   DAVIS WRIGHT TREMAINE LLP
6  505 Montgomery Street, Suite 800
   San Francisco, California 94111-6533
7  Telephone:    (415) 276-6500
   Facsimile:    (415) 276-6599
   kathleenpoole@dwt.com
8

9  Attorneys for Defendants
   MATHESON POSTAL SERVICES, INC.
10 and MARCO BARRAGAN

E-filing

FILED
JAN - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

11

12                    IN THE UNITED STATES DISTRICT COURT

13                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                               OAKLAND DIVISION

| | |
|---|---|
| 15  JORGE ANGULO, an individual, | Case No. C08-00146 BZ |
| 16           Plaintiff, | **CERTIFICATE OF INTERESTED ENTITIES** |
| 17       v. | |
| 18  MATHESON POSTAL SERVICES, a California Corporation, MARCOS BARRAGAN, and | **(Notice of Removal filed concurrently herewith)** |
| 19  DOES 1-25 inclusive, | |
| 20           Defendants. | |

26       Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than: (1) the

27 named parties; (2) Matheson Postal Services, Inc.'s parent company, Matheson Trucking, Inc.; (3)

28 Matheson Postal Services Inc.'s "sister" companies, Matheson Fast Freight, Inc. and Matheson

1  Mail Transportation, Inc., Defendants are unaware of any persons, associations of persons, firms,
2  partnerships, corporations (including parent corporations), or other entities other than the parties
3  themselves to have either: (i) a financial interest (of any kind) in the subject matter in controversy
4  or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected
5  by the outcome of the proceeding.

7  DATED this 9th day of January 2008.

              DAVIS WRIGHT TREMAINE LLP
              Henry E. Farber
              Kathleen D. Poole

            By: _/s/ Kathleen Poole_____
              Kathleen D. Poole
              Attorneys for Defendants
              MATHESON POSTAL SERVICES and
              MARCO BARRAGAN

DAVIS WRIGHT TREMAINE LLP

2

CERTIFICATE OF INTERESTED ENTITIES
SFO 401228v1 0050734-000018

# Proof of Service

I, Dann R. Rhone, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111-6533.

I caused to be served the following document:

**CERTIFICATE OF INTERESTED ENTITIES**

I caused the above document to be served on each person on the attached list by the following means:

☑ **I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on January 9, 2008, following the ordinary business practice.**
*(Indicated on the attached address list by an [M] next to the address.)*

☐ I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on January 9, 2008, for guaranteed delivery on April 9, 2004, following the ordinary business practice.
*(Indicated on the attached address list by an [FD] next to the address.)*

☐ I consigned a true and correct copy of said document for facsimile transmission on _____.
*(Indicated on the attached address list by an [F] next to the address.)*

☐ I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery by messenger on April 7, 2004.
*(Indicated on the attached address list by an [H] next to the address.)*

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on January 9, 2008, at San Francisco, California.

_____
Dann R. Rhone

SFO 401152v4 0050734-000018

## Service List

| Key: | [M] **Delivery by Mail** | [FD] Delivery by Federal Express | [H] Delivery by Hand |
|---|---|---|---|
|  | [F] Delivery by Facsimile | [FM] Delivery by Facsimile and Mail |  |

                                                            Attorneys for

[M]    John W. Schilt                                    Plaintiff
        Christopher Arras
        Tenax Law Group LLP
        145 Park Place
        Suite A
        Point Richmond, CA 94801

SFO 401152v4 0050734-000018