HENRY E. FARBER (CA State Bar No. 110553)
DAVIS WRIGHT TREMAINE LLP
777 108th Avenue NE
Bellevue, Washington 98004-5149
Telephone:   (425) 646-6100
Facsimile:   (425) 646-6199
henryfarber@dwt.com

KATHLEEN D. POOLE (CA State Bar No. 228815)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
kathleenpoole@dwt.com

Attorneys for Defendants
MATHESON POSTAL SERVICES, INC.
and MARCO BARRAGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JORGE ANGULO, an individual, | Case No. C08-00146 |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| MATHESON POSTAL SERVICES, a California Corporation, MARCOS BARRAGAN, and DOES 1-25 inclusive, | |
| Defendants. | |

## Proof of Service

I, Dann R. Rhone, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111-6533.

I caused to be served the following document:

**DEFENDANTS MATHESON POSTAL SERVICES, INC. AND MARCO BARRAGAN'S NOTICE TO STATE COURT OF REMOVAL; DEFENDANTS' NOTICE OF REMOVAL TO PLAINTIFF JORGE ANGULO**

I caused the above document to be served on each person on the attached list by the following means:

☑ **I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on January 10, 2008, following the ordinary business practice.**
*(Indicated on the attached address list by an [M] next to the address.)*

☐ I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on January 10, 2008, for guaranteed delivery on April 9, 2004, following the ordinary business practice.
*(Indicated on the attached address list by an [FD] next to the address.)*

☐ I consigned a true and correct copy of said document for facsimile transmission on _____.
*(Indicated on the attached address list by an [F] next to the address.)*

☑ **I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery by messenger on January 10, 2008.**
*(Indicated on the attached address list by an [H] next to the address.)*

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on January 10, 2008, at San Francisco, California.

/s/    Dann R. Rhone
           Dann R. Rhone

# Service List

| Key: | [M] Delivery by Mail | [FD] Delivery by Federal Express | [H] Delivery by Hand |
|---|---|---|---|
| | [F] Delivery by Facsimile | [FM] Delivery by Facsimile and Mail | |

|  |  | Attorneys for |
|---|---|---|
| [M] | John W. Schilt<br>Christopher Arras<br>Tenax Law Group LLP<br>145 Park Place<br>Suite A<br>Point Richmond, CA 94801 | Plaintiff |
| [H] | Clerk of the Court<br>Alameda County Superior Court<br>Renee C. Davidson Courthouse<br>1225 Fallon Street<br>Oakland, CA 9494612 | California State Court |