1  HENRY E. FARBER (CA State Bar No. 110553)
   DAVIS WRIGHT TREMAINE LLP
2  777 108th Avenue NE
   Bellevue, Washington 98004-5149
3  Telephone:    (425) 646-6100
   Facsimile:    (425) 646-6199
4  henryfarber@dwt.com

5  KATHLEEN D. POOLE (CA State Bar No. 228815)
   DAVIS WRIGHT TREMAINE LLP
6  505 Montgomery Street, Suite 800
   San Francisco, California 94111-6533
7  Telephone:    (415) 276-6500
   Facsimile:    (415) 276-6599
8  kathleenpoole@dwt.com

9  Attorneys for Defendants
   MATHESON POSTAL SERVICES, INC.
10 and MARCO BARRAGAN

12            IN THE UNITED STATES DISTRICT COURT

13           FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15 JORGE ANGULO, an individual,        ) Case No. C08-00146
                                       )
16            Plaintiff,                ) **CERTIFICATE OF SERVICE**
                                       )
17    v.                                )
                                       )
18 MATHESON POSTAL SERVICES, a California)
   Corporation, MARCOS BARRAGAN, and   )
19 DOES 1-25 inclusive,                )
                                       )
20            Defendants.               )
                                       )

(left margin: DAVIS WRIGHT TREMAINE LLP)

---

CERTIFICATE OF SERVICE
Case No. C08-00146
SFO 401343v1 0050734-000018

## Proof of Service

I, Dann R. Rhone, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111-6533.

I caused to be served the following document:

1) GUIDELINES FOR FILING IN UNITED STATES DISTRICT COURT, SAN FRANCISCO; 2) ECF REGISTRATION INFORMATION HANDOUT; 3) NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE (BERNARD ZIMMERMAN) FOR TRIAL (WITH BLANK CONSENT AND DECLINATION FORMS ATTACHED)); 4) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (WITH CURRENT STANDING ORDER FOR ALL JUDGES IN THE NORTHERN DISTRICT OF CALIFORNIA RE: CONTENTS OF JOINT CASE MANAGEMENT STATEMENTS)

I caused the above document to be served on each person on the attached list by the following means:

☑ **I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on January 9, 2008, following the ordinary business practice.**
*(Indicated on the attached address list by an* **[M]** *next to the address.)*

☐ I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on January 10, 2008, for guaranteed delivery on April 9, 2004, following the ordinary business practice.
*(Indicated on the attached address list by an* [FD] *next to the address.)*

☐ I consigned a true and correct copy of said document for facsimile transmission on _____.
*(Indicated on the attached address list by an* [F] *next to the address.)*

☐ I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery by messenger on January 10, 2008.
*(Indicated on the attached address list by an* [H] *next to the address.)*

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on January 10, 2008, at San Francisco, California.

/s/   Dann R. Rhone
Dann R. Rhone

# Service List

| Key: | [M] **Delivery by Mail** | [FD] Delivery by Federal Express | [H] Delivery by Hand |
|---|---|---|---|
| | [F] Delivery by Facsimile | [FM] Delivery by Facsimile and Mail | |

[M]  John W. Schilt
Christopher Arras
Tenax Law Group LLP
145 Park Place
Suite A
Point Richmond, CA 94801

Attorneys for Plaintiff