UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JORGE ANGULO, an individual,

        Plaintiff(s),

v.

MATHESON POSTAL SERVICES, a California corporation, MARCOS BARRAGAN. and DOES 1-25. inclusive.
        Defendant(s).

No. C 08-00146

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: February 8, 2008

                                                                  Signature

                                                                  Counsel for Defendants
                                                                  (Plaintiff, Defendant or indicate "pro se")