# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## 450 GOLDEN GATE AVENUE
## SAN FRANCISCO, CA 94102

### RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

February 28, 2008

To:  Christopher E. Arras
     John Ward Schilt
     Tenax Law Group LLP
     145 Park Place, Suite A
     San Francisco, CA 94801


Re: Jorge Angulo v. Matheson Postal Services - C08-0146 BZ

Dear Counsel:

    At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for April 28, 2008 at 4:00 p.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

    At **www.cand.uscourts.gov** you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

/s/ Lashanda Scott
By:  Lashanda Scott
     Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd