**United States District Court
for the
Northern District of California**

# Electronic Case Filing Program

### CASE NUMBER:  C-08-0146-BZ

The case you have just filed or removed to this court is designated for the court's Electronic Case Filing (ECF) Program, pursuant to Local Rule 5-4 and General Order 45. This means that you must:

1. Register to become an efiler by filling out the efiler application form available at **http://ecf.cand.uscourts.gov** and returning it to the court (**if you have already registered in another case, do not register again - your password is good for life and on all cases in this district**);
2. Serve the efiler registration information above on all parties in the case along with the complaint, or for removals, the removal notice;
3. Email the complaint and, for removals, the removal notice and any attachments, in electronic form within ten business days, following the instructions below.
4. Make sure you have **PACER** (Public Access to Court Electronic Records) access, which will be necessary to access dockets and documents. If your firm already has a PACER account, use that - it is not necessary to have an individual account. PACER accounts are free - Call **(800) 676-6856** or visit **http://pacer.psc.uscourts.gov** if you need to establish an account.

BY SIGNING AND SUBMITTING TO THE COURT A REQUEST FOR AN ECF USER ID AND PASSWORD, YOU CONSENT TO ENTRY OF YOUR E-MAIL ADDRESS INTO THE COURT'S ELECTRONIC SERVICE REGISTRY FOR ELECTRONIC SERVICE ON YOU OF ALL E-FILED PAPERS, PURSUANT TO RULES 77 and 5(b)(2)(D) (eff. 12.1.01) OF THE FEDERAL RULES OF CIVIL PROCEDURE.

All subsequent papers in this case shall be filed electronically. An interactive tutorial and complete instructions for efiling may be found on the ECF website:

**http://ecf.cand.uscourts.gov**

**Submitting Initiating Documents**
You have filed a complaint in the United States District Court, Northern District of California, which has been designated an an efiling case pursuant to Local Rule 5-4 and General Order 45. Therefore, within ten business days of the filing of your complaint, and any documents which accompanied it when it was filed, in electronic (PDF) format via email (do not e-file) to the ECF Help Desk email address:  **ecf-cand@cand.uscourts.gov**

**Converting documents to PDF**
Conversion of a word processing document to a PDF file is required before the document may be submitted to the Court's electronic filing system. Instructions for creating PDF files can be found in the tutorial at the court's ECF web site  **http://ecf.cand.uscourts.gov**.

**Email Guidelines**
When sending the PDF version of your document(s) to the court via email, the subject line of the email must contain the case number, judge's initials and the type of document(s) you are sending.

**Examples:**
The following examples assume your case is before Hon. Charles R. Breyer and has been assigned to the case number 01-9999.

| Type of Document | Subject Line Text |
| --- | --- |
| Complaint Only | 01-9999 CRB Complaint |
| Complaint and Notice of Related Case | 01-9999 CRB Complaint, Related Case |
| Complaint and Motion for Temporary Restraining Order | 01-9999 CRB Complaint, TRO |

**Questions**
If you have any questions, please email the ECF Help Desk at
**ecf-cand@cand.uscourts.gov**
or call the toll-free ECF Help Desk number at:
**(866) 638-7829**.
The ECF Help Desk is staffed Mondays through Fridays from
**9:00am to 4:00pm**, Pacific time, excluding holidays.

March 07, 2003 / ECF_Program.pdf