## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTE ORDER

**Magistrate Judge BERNARD ZIMMERMAN**

Date: **04/28/2008**

### C08-0146 BZ

### Jorge Angulo v. Matheson Postal Service, et al.

Attorneys: Pltf: Christopher E. Arras
     Def: Kathleen D. Poole

               Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**   Reporter: **Counsel requested that the matter occur off the record.**

### PROCEEDINGS:          RULING:

1. Case Management Conference     Matter Held
2. _____ _____

 ( ) Status Conference  ( ) P/T Conference  ( ) Case Management Conference

### ORDERED AFTER HEARING:
Jury Trial set for January 12, 2009 at 8:30 a.m.  Trial set for 3-4 days. Counsel will participate in court sponsored Early Neutral Evaluation.  Session to occur within sixty to ninety days.  Initial disclosures due by May 23, 2008.  Plaintiff consented to Magistrate Judge Jurisdiction.

( XX ) ORDER TO BE PREPARED BY:  Plntf ____ Deft ____ Court__XX___

( ) Referred to Magistrate For:

( ) CASE CONTINUED TO_____  for _____

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____ Deft to Name Experts by_____

P/T Conference Date_____ Trial Date_____ Set for _____ days
        Type of Trial:  ( )Jury ( )Court
Notes: _____