UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jorge Angulo,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>Matheson Postal Services,<br><br>　　　　Defendant(s). | No. C08-0146 BZ<br><br>**ORDER DISCONTINUING SERVICE BY MAIL** |

　　In reviewing the file, it appears that counsel, Christopher E. Arras, Henry Ethan Farber and John W. Schilt have failed to register for electronic service in this E-filing case.  The Court will no longer serve these counsel by mail.  If they wish to be served with documents generated by the Court, they must register pursuant to Local Rule 5-4 and General Order 45.

Dated: April 30, 2008

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　BERNARD ZIMMERMAN
　　　　　　　　　　　　　　　　United States Magistrate Judge

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JORGE ANGULO,

        Plaintiff,

v.

MATHESON POSTAL SERVICES et al,

        Defendant.

Case Number: CV08-00146 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher E. Arras
Tenax Law Group LLP
145 Park Place, Suite A
Point Richmond, CA 94801

Henry Ethan Farber
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045

John Ward Schilt
Tenax Law Group LLP
145 Park Place, Suite A
Point Richmond, CA 94801

Dated: April 30, 2008

*Lashanda Scott*
Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk