Henry E. Farber (CA State Bar No. 110553)
DAVIS WRIGHT TREMAINE LLP
777 108th Avenue NE
Bellevue, Washington 98004-5149
Telephone:    (425) 646-6100
Facsimile:    (425) 646-6199
henryfarber@dwt.com

Aaron A. Roblan (CA State Bar No. 244308)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
aaronroblan@dwt.com

Attorneys for Defendants
MATHESON POSTAL SERVICES, INC.
and MARCO BARRAGAN

DAVIS WRIGHT TREMAINE LLP

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JORGE ANGULO, an individual, | ) Case No. C08-00146 |
|---|---|
| Plaintiff, | ) **NOTICE OF APPEARANCE** |
| v. | ) |
| MATHESON POSTAL SERVICES, a California Corporation, MARCOS BARRAGAN, and DOES 1-25 inclusive, | ) Hon. Bernard Zimmerman |
| Defendants. | ) |

1

NOTICE OF APPEARANCE                                    SFO 407598v1 0050734-000018

1    Aaron A. Roblan, Davis Wright Tremaine LLP, hereby appears as counsel for Defendants

2  Matheson Postal Services, Inc. and Marco Barragan ("Defendants").  Kathleen D. Poole hereby

3  withdraws as counsel for Defendants.

4  DATED this 12th day of May 2008.

5                                      Respectfully submitted,
                                     DAVIS WRIGHT TREMAINE LLP
6

7                                  By:    */s/ Aaron A. Roblan*
                                          Aaron A. Roblan
8
                                   Attorneys for Defendants
9                                  MARCO BARRAGAN and MATHESON
                                   POSTAL SERVICES, INC.
10

11

DAVIS WRIGHT TREMAINE LLP

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

NOTICE OF APPEARANCE                                          SFO 407598v1 0050734-000018