## Proof of Service

I, Christina Karo, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111-6533.

I caused to be served the following document:

**NOTICE OF APPEARANCE**

I caused the above document to be served on each person on the attached list by the following means:

☑ **I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on May 12, 2008, following the ordinary business practice.**
*(Indicated on the attached address list by an* **[M]** *next to the address.)*

☐ I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on [ ], for guaranteed delivery on [ ], following the ordinary business practice.
*(Indicated on the attached address list by an* [FD] *next to the address.)*

☐ I consigned a true and correct copy of said document for facsimile transmission on _____.
*(Indicated on the attached address list by an* [F] *next to the address.)*

☐ I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery by messenger on [ ].
*(Indicated on the attached address list by an* [H] *next to the address.)*

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on May 12, 2008, at San Francisco, California.

/s/ Christina Karo
Christina Karo

# Service List

| Key: | **[M] Delivery by Mail** | [FD] Delivery by Federal Express | [H] Delivery by Hand |
| --- | --- | --- | --- |
| | [F] Delivery by Facsimile | [FM] Delivery by Facsimile and Mail | |

**[M]**  Christopher E. Arras                               Attorneys for Plaintiff
Tenax Law Group LLP
145 Park Place, Suite A
Point Richmond, CA  94801


**[M]**  John Ward Schilt
Tenax Law Group LLP
145 Park Place, Suite A
Point Richmond, CA  94801