# FISHER & PHILLIPS LLP
ATTORNEYS AT LAW

www.laborlawyers.com

**San Francisco**
One Embarcadero Center
Suite 2340
San Francisco, CA 94111

(415) 490-9000 Tel
(415) 490-9001 Fax
Writer's Direct Dial:
(415) 490-9010

Writer's E-mail:
jbeers@laborlawyers.com

May 28, 2008

***VIA EMAIL AND U.S. MAIL***

Christopher E. Arras, Esq.
Tenax Law Group LLP
145 Park Place, suite A
Point Riochmond, CA 94801

Aaron R. Roblan, Esq.
Davis Wright Tremaine, LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533

   Re: *Angulo v. Matheson Postal Services, et al..*
     *USDC - Northern District of California; Case No.: C08—00146 BZ ENE*
     *John L. Beers – ENE Evaluator*

Dear Counsel:

  As you know, I have been appointed by the District Court to serve as the Evaluator in this case under the Court's Early Neutral Evaluation (ENE) program. Please be sure to review carefully ADR L.R. 5, which governs the ENE program.

  Pursuant to ADR L.R. 5, I will conduct a phone conference with all counsel before the formal evaluation session to discuss the following:

- The procedures to be followed
- The nature of the case
- Appropriate dates for the ENE session
- The parties who will be present at the session and other procedural matters
- Ideas to improve the effectiveness of the ENE session or matters that could pose impediments

Christopher E. Arras, Esq.
Aaron R. Roblan, Esq.
May 28, 2008
Page 2

- Requirements for your written ENE statements

- Any questions you might have about the ENE program

After conferring with both of your offices and checking your schedules, I have scheduled the telephone conference for **June 9, 2008, at 11:00 a.m.** **The dial-in number is 1-800-308-9694, and the Participant Pass Code is 671504.** Before the telephone conference, please ascertain from your clients and any insurers a selection of dates upon which the ENE may be conducted. The final date that the session can be held is July 27, 2008. My calendar presently shows many dates in June and July to be available.

My conflicts check has revealed no actual or potential conflicts of interest under 28 U.S.C. § 455(a) and (b), and I am not aware of any other circumstances that would compromise my impartiality or the appearance of impartiality.

I look forward to assisting you on this case.

Very truly yours,

John L. Beers

JLB/csf

cc: Alice M. Fiel
ADR Case Administrator

SanFrancisco 105021.1