HENRY E. FARBER (CA State Bar No. 110553)
DAVIS WRIGHT TREMAINE LLP
777 108th Avenue NE
Bellevue, Washington 98004-5149
Telephone:    (425) 646-6100
Facsimile:    (425) 646-6199
henryfarber@dwt.com

AARON ROBLAN (CA State Bar No. 244308)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
aaronroblan@dwt.com

Attorneys for Defendants
MATHESON POSTAL SERVICES, INC.
and MARCO BARRAGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JORGE ANGULO, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>MATHESON POSTAL SERVICES, a California Corporation, MARCOS BARRAGAN, and DOES 1-25 inclusive,<br><br>    Defendants. | Case No. C08-00146 BZ<br><br>**STIPULATION TO CONTINUE THE DEADLINE FOR COMPLETION OF EARLY NEUTRAL EVALUATION BY 30 DAYS**<br><br>Date:    July 25, 2008<br>Time:    2:00 p.m.<br><br>Hon. Bernard Zimmerman |

    Pursuant to Civil L.R. 7-12, the parties, through their undersigned counsel, stipulate as follows:

    1.    By Order of the court, dated April 29, 2008, the Parties to this action were required to complete Early Neutral Evaluation within 90 days, making the deadline for Early Neutral Evaluation, Sunday, July 27, 2008. Due to scheduling conflicts and attempts to resolve this matter without the need for an Early Neutral Evaluator the Parties have not yet completed Early Neutral

1

Evaluation.

2. The Parties Stipulate and Agree that an extension of 30 days will permit them the appropriate time to attempt to resolve this matter and to schedule and complete Early Neutral Evaluation.

3. Accordingly, the Parties jointly request the Court enter an Order continuing the deadline for completion of Early Neutral Evaluation by 30 days, making the new deadline August 26, 2008.

Respectfully submitted,
DAVIS WRIGHT TREMAINE LLP

By: _/s/ Aaron Roblan_
      Aaron Roblan

Attorneys for Defendants
MARCO BARRAGAN and MATHESON POSTAL SERVICES, INC.

TENAX LAW GROUP

By: _____
      Christopher Arras
Attorneys for the Plaintiff JORGE ANGULO

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Date: _July 30, 2008_

_____
Hon. Bernard Zimmerman



STIPULATION

2

DWT 11577166v1 0050734-000018

# Proof of Service

I, Christina Karo, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111-6533.

I caused to be served the following document:

**STIPULATION TO CONTINUE THE DEADLINE FOR COMPLETION OF EARLY NEUTRAL EVALUATION BY 30 DAYS**

I caused the above document to be served on each person on the attached list by the following means:

☑ **I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on July 25, 2008 following the ordinary business practice.**
*(Indicated on the attached address list by an [M] next to the address.)*

☐ I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on [ ], for guaranteed delivery on April 9, 2004, following the ordinary business practice.
*(Indicated on the attached address list by an [FD] next to the address.)*

☐ I consigned a true and correct copy of said document for facsimile transmission on _____.
*(Indicated on the attached address list by an [F] next to the address.)*

☐ I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery by messenger on January 10, 2008.
*(Indicated on the attached address list by an [H] next to the address.)*

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on July 25, 2008, at San Francisco, California.

/s/ Christina Karo
Christina Karo