# FISHER & PHILLIPS LLP
ATTORNEYS AT LAW

www.laborlawyers.com

**San Francisco**
One Embarcadero Center
Suite 2340
San Francisco, CA 94111

(415) 490-9000 Tel
(415) 490-9001 Fax
Writer's Direct Dial:
(415) 490-9010

Writer's E-mail:
jbeers@laborlawyers.com

August 12, 2008

***VIA EMAIL AND U.S. MAIL***

Christopher E. Arras, Esq.
Tenax Law Group LLP
145 Park Place, suite A
Point Richmond, CA 94801

Aaron R. Roblan, Esq.
Davis Wright Tremaine, LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533

Re:   *Angulo v. Matheson Postal Services, et al..*
      *USDC - Northern District of California; Case No.: C08—00146 BZ ENE*
      *John L. Beers – ENE Evaluator*

Dear Counsel:

The parties have agreed that the Early Neutral Evaluation in the above-referenced matter is set to commence on Tuesday, August 26, 2008, at the offices of FISHER & PHILLIPS. ENE statements should be submitted no later than close of business on Monday, August 25, 2008. Please carefully review ADR L.R. 5, which governs the ENE program.

I look forward to assisting you on this case.

Very truly yours,

John L. Beers

JLB/csf

cc:   Alice M. Fiel
      ADR Case Administrator