HENRY E. FARBER (CA State Bar No. 110553)
DAVIS WRIGHT TREMAINE LLP
777 108th Avenue NE
Bellevue, Washington 98004-5149
Telephone:  (425) 646-6100
Facsimile:  (425) 646-6199
henryfarber@dwt.com

AARON ROBLAN (CA State Bar No. 244308)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:  (415) 276-6500
Facsimile:  (415) 276-6599
aaronroblan@dwt.com

Attorneys for Defendants
MATHESON POSTAL SERVICES, INC.
and MARCO BARRAGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JORGE ANGULO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATHESON POSTAL SERVICES, a California Corporation, MARCOS BARRAGAN, and DOES 1-25 inclusive,<br><br>Defendants. | Case No. C08-00146 BZ<br><br>**STIPULATION TO CONTINUE THE DEADLINES FOR NON-EXPERT DISCOVERY AND DISPOSITIVE MOTIONS**<br><br>Date:  August 26, 2008<br>Time:  2:00 p.m.<br><br>Hon. Bernard Zimmerman |

Pursuant to Civil L.R. 7-12, the parties, through their undersigned counsel, stipulate as follows:

1.  By Order of the court, dated April 29, 2008, the Parties to this action were required to complete Non-expert Discovery by August 29, 2008. Furthermore, that same order set the deadline for hearing Dispositive Motions as October 22, 2008. Due to scheduling conflicts and attempts to resolve this matter without the need for further litigation, the Parties require additional

1. time to complete discovery in this matter.

2. The Parties Stipulate and Agree that an extension of the deadline for Non-Expert Discovery to October 1, 2008 and an extension of the deadline for Dispositive Motions to November 25, 2008 will permit them the appropriate time to attempt complete discovery and seek resolution of this matter without the need for trial.

3. Accordingly, the Parties jointly request the Court enter an Order setting the following deadlines:

Completion of Non-expert Discover by October 1, 2008

Last day for hearing Dispositive Motions, November 25, 2008.

Respectfully submitted,
DAVIS WRIGHT TREMAINE LLP

By: _/s/ Aaron Roblan_
Aaron Roblan

Attorneys for Defendants
MARCO BARRAGAN and MATHESON POSTAL SERVICES, INC.

TENAX LAW GROUP

By: _____
Christopher Arras
Attorneys for the Plaintiff JORGE ANGULO

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Date: _____

_____
Hon. Bernard Zimmerman