CHRSTOPHER ARRAS (CA State Bar No. 169854)
TENAX LAW GROUP, P.C.
145 Park Place, Suite A
Point Richmond, CA  94801
Telephone:    510-234-2808
Facsimile:    510-234-6009

Attorneys for Plaintiff
JORGE ANGULO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JORGE ANGULO, an individual, | Case No. C08-00146 BZ |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE DEADLINES FOR NON-EXPERT DISCOVERY AND DISPOSITIVE MOTIONS** |
| v. | |
| MATHESON POSTAL SERVICES, a California Corporation, MARCOS BARRAGAN, and DOES 1-25 inclusive, | Date:<br>Time: |
| Defendants. | Hon. Bernard Zimmerman |

Pursuant to Civil L.R. 7-12, the parties, through their undersigned counsel, stipulate as follows:

1.     By Order of the court, dated August 28, 2008, the Parties to this action were required to complete Non-expert Discovery by October 1, 2008.  Furthermore, that same order set the deadline for hearing Dispositive Motions as November 25, 2008.  Due to scheduling conflicts and attempts to resolve this matter without the need for further litigation, the Parties require additional time to complete discovery in this matter.  The parties have participated in an Early Neutral Evaluation, conducted by John Beers, Esq.  Pursuant to the ENE, it is believed by the parties, counsel and evaluator that the case has a much improved chance of settling; however, the key deadlines (and necessarily the trial date) need to be continued in order to eliminate the need for unnecessary attorneys' fees and costs which would detract from the potential for a settlement.

2. The Parties Stipulate and Agree that an extension of the deadline for Non-Expert Discovery to December 31, 2008 and an extension of the deadline for Dispositive Motions to February 27, 2009 will permit them the appropriate time to attempt complete discovery and obtain a resolution by way of a settlement of this matter without the need for trial.

3. Accordingly, the Parties jointly request the Court enter an Order setting the following deadlines and a new trial date:

Completion of Non-expert Discover by December 31, 2008

Last day for hearing Dispositive Motions, February 27, 2009

New trial date: Soonest date available after May 1, 2009

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: ___*/s/ Aaron Roblan*___
     Aaron Roblan

Attorneys for Defendants
MARCO BARRAGAN and MATHESON POSTAL SERVICES, INC.

TENAX LAW GROUP

By: ___*/s/ Christopher Arras*___
     Christopher Arras

Attorneys for the Plaintiff JORGE ANGULO

PURSUANT TO STIPULATION, IT IS SO ORDERED:
<u>Last day to hear Dispositive Motions:  March 4, 2009</u>
 Trial date will be set on March 4, if necessary

Date:   _November 7, 2008_____

_____
Hon. Bernard Zimmerman

STIPULATION RE TRIAL AND PRE-TRIAL DEADLINES

2

TENAX LAW GROUP, PC