HENRY E. FARBER (CA State Bar No. 110553)
DAVIS WRIGHT TREMAINE LLP
777 108th Avenue NE
Bellevue, Washington  98004-5149
Telephone:     (425) 646-6100
Facsimile:      (425) 646-6199
henryfarber@dwt.com

AARON ROBLAN (CA State Bar No. 244308)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111-6533
Telephone:     (415) 276-6500
Facsimile:      (415) 276-6599
aaronroblan@dwt.com

Attorneys for Defendants
MATHESON POSTAL SERVICES, INC.
and MARCO BARRAGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JORGE ANGULO, an individual, | Case No. C08-00146 BZ |
| Plaintiff, | **STIPULATION TO CONTINUE SETTLEMENT CONFERENCE BEFORE HON. WAYNE D. BRAZIL** |
| v. | |
| MATHESON POSTAL SERVICES, a California Corporation, MARCOS BARRAGAN, and DOES 1-25 inclusive, | Date:            November 19, 2008 |
| | Judge Bernard Zimmerman |
| Defendants. | |

Pursuant to Civil L.R. 7-12, the parties, through their undersigned counsel, stipulate as follows:

1

STIPULATION

DWT 12141686v1 0050734-000018

1. By Order of the court, a Settlement Conference was previously scheduled to occur on November 20, 2008 before Judge Wayne D. Brazil.

2. The Parties Stipulate and Agree that it is in their mutual best interest, and will further their efforts to informally resolve this matter, to continue the Settlement Conference to a date to be determined by the filing of a future stipulation of the parties, if necessary. This continuation will permit the parties the appropriate time to attempt complete discovery and seek resolution of this matter without the need for trial.

3. Accordingly, the Parties jointly request the Court enter an Order taking the present Settlement Conference off calendar and continuing said conference to a date to be determined.

Respectfully submitted,
DAVIS WRIGHT TREMAINE LLP

By:     */s/ Aaron Roblan*
              Aaron Roblan

Attorneys for Defendants
MARCO BARRAGAN and MATHESON POSTAL SERVICES, INC.

TENAX LAW GROUP

By:     /s/ Christopher Arras
              Christopher Arras

Attorneys for the Plaintiff JORGE ANGULO

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Date:   November 19, 2008

_____
Hon. Bernard Zimmerman

DAVIS WRIGHT TREMAINE LLP

2
STIPULATION

DWT 12141686v1 0050734-000018

# Proof of Service

I, Christina Karo, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111-6533.

I caused to be served the following document:

**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE BEFORE HON. WAYNE D. BRAZIL**

I caused the above document to be served on each person on the attached list by the following means:

☑ **I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on November 19, 2008 following the ordinary business practice.**
*(Indicated on the attached address list by an* **[M]** *next to the address.)*

☐ I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on [ ], for guaranteed delivery on [   ], following the ordinary business practice.
*(Indicated on the attached address list by an* [FD] *next to the address.)*

☐ I consigned a true and correct copy of said document for facsimile transmission on _____.
*(Indicated on the attached address list by an* [F] *next to the address.)*

☐ I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery by messenger on
*(Indicated on the attached address list by an* [H] *next to the address.)*

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on November 19, 2008, at San Francisco, California.

/s/   Christina Karo
Christina Karo

3
STIPULATION

DWT 12141686v1 0050734-000018

## Service List

| Key: | [M] **Delivery by Mail** | [FD] Delivery by Federal Express | [H] Delivery by Hand |
|---|---|---|---|
| | [F]   Delivery by Facsimile | [FM] Delivery by Facsimile and Mail | |

                                                                     Attorneys for

**[M]**    John W. Schilt                                      Plaintiff
        Christopher Arras
        Tenax Law Group LLP
        145 Park Place, Suite A
        Point Richmond, CA 94801

DAVIS WRIGHT TREMAINE LLP

STIPULATION

DWT 12141686v1 0050734-000018