HENRY E. FARBER (CA State Bar No. 110553)
DAVIS WRIGHT TREMAINE LLP
777 108th Avenue NE
Bellevue, Washington  98004-5149
Telephone:   (425) 646-6100
Facsimile:    (425) 646-6199
henryfarber@dwt.com

AARON ROBLAN (CA State Bar No. 244308)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111-6533
Telephone:   (415) 276-6500
Facsimile:    (415) 276-6599
aaronroblan@dwt.com

Attorneys for Defendants
MATHESON POSTAL SERVICES, INC.
and MARCO BARRAGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JORGE ANGULO, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATHESON POSTAL SERVICES, a California Corporation, MARCOS BARRAGAN, and DOES 1-25 inclusive,<br><br>　　　　Defendants. | Case No. C08-00146 BZ<br><br>**STIPULATION TO STAY ALL PROCEEDINGS PENDING FURTHER NOTICE**<br><br>Date:　　　February 5, 2009<br>Time:　　　2:00 p.m.<br><br>Hon. Bernard Zimmerman |

Pursuant to Civil L.R. 7-12, the parties, through their undersigned counsel, stipulate as follows:

1.   By Order of the court, dated December 12, 2008, the trial date and pre-trial conference in this matter were vacated.

2.   The Parties continue to be engaged in efforts to resolve this matter amicably.  The Parties agree that it is in their mutual best interest, and the interest of judicial efficiency that:

- all proceedings in this Court be stayed for a period of 45 days;
- all previously ordered trial and pre-trial deadlines be vacated;

3.   During the 45 day period of stay, the Parties will make all best efforts to resolve this matter through settlement negotiations, including private mediation, if necessary.

4.   In the event that settlement is not reached within 45 days of the filing of the present Stipulation, the Parties will file a request for a scheduling conference, scheduling order and trial date with the Court.

5.   In the event that a new scheduling order and trial date is entered, the Parties will proceed with the present litigation under the new scheduling order and will make no requests for continuance or delay of that scheduling order, without good and sufficient cause.

6.   Accordingly, the Parties jointly request the Court enter an Order as follows:

- All proceedings in the present matter are stayed for a period of 45 days following the filing of the above stipulation;
- All previously ordered pre-trial and trial deadlines are vacated;
- The Parties are required, no later than 45 days following the filing of the above Stipulation, to file with the Court, a stipulation of dismissal of the present action, or a request for entry of a new scheduling order in the present matter.

//
//
//
//

1

Respectfully submitted,

2

DAVIS WRIGHT TREMAINE LLP

3

4

By:  /s/ *Aaron Roblan*
 Aaron Roblan
 Attorneys for Defendants
 MARCO BARRAGAN and MATHESON POSTAL SERVICES, INC.

5

6

7

TENAX LAW GROUP

8

9

By:  /s/*Christopher Arras*
 Christopher Arras
 Attorneys for the Plaintiff
 JORGE ANGULO

10

11

12

PURSUANT TO STIPULATION, IT IS SO ORDERED:

13

a Status Conference is scheduled for March 30, 2009 at 4:00p.m.

14

Date:  February 6, 2009

15

16

Hon. Bernard Zimmerman

*(Signature and seal: Judge Bernard Zimmerman, United States District Court, Northern District of California)*

17

18

19

20

21

22

23

24

25

26

27

28

DAVIS WRIGHT TREMAINE LLP

---

3
STIPULATION TO STAY ALL PROCEEDINGS PENDING FURTHER NOTICE                                DWT 12424925v1 0050734-000018