HENRY E. FARBER (CA State Bar No. 110553)
DAVIS WRIGHT TREMAINE LLP
777 108th Avenue NE
Bellevue, Washington 98004-5149
Telephone:  (425) 646-6100
Facsimile:   (425) 646-6199
henryfarber@dwt.com

STUART W. MILLER (CA State Bar No. 127766)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:  (415) 276-6500
Facsimile:   (415) 276-6599
aaronrobian@dwt.com

Attorneys for Defendants
MATHESON POSTAL SERVICES, INC.
and MARCO BARRAGAN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JORGE ANGULO, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>MATHESON POSTAL SERVICES, a California Corporation, MARCOS BARRAGAN, and DOES 1-25 inclusive,<br><br>    Defendants. | Case No. C08-00146 BZ<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION**<br><br>Hon. Bernard Zimmerman |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties herein stipulate to the dismissal with prejudice of the within action, and all causes of action alleged therein, against Defendants MATHESON POSTAL SERVICES, INC. and MARCO BARRAGAN, with each party to bear its own attorney's fees and costs.

IT IS SO STIPULATED.

Date: June 26, 2009

DAVIS WRIGHT TREMAINE LLP

By: /s/ Stuart W. Miller
Stuart W. Miller
Attorneys for Defendants
MARCO BARRAGAN and MATHESON POSTAL SERVICES, INC.

Date: June 30, 2009

TENAX LAW GROUP

By: /s/ Christopher Arras
Christopher Arras
Attorneys for the Plaintiff
JORGE ANGULO

## ORDER

Good cause appearing, the foregoing stipulation is approved and the within action, and all causes of action alleged therein, against Defendants MATHESON POSTAL SERVICES, INC. and MARCO BARRAGAN are dismissed with prejudice, with each party to bearing its own attorney's fees and costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: July 1, 2009

/s/ Bernard Zimmerman
Hon. Bernard Zimmerman

STIPULATION AND ORDER OF DISMISSAL
DWT 13037075v1 0050734-000018

2